UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

In re:

| | | |
|---|---|---|
| 286 WHALLEY AVENUE CORP. | : | CHAPTER 11 |
| d/b/a SPEEDY WASH & WAX | : | |
| Debtor | : | CASE NO. 14-51898 |

OBJECTION TO MOTION TO DISMISS CASE FOR INABILITY TO REORGANIZE
AND CONTINUING LOSS FILED OR IN THE ALTERNATIVE MOTION TO
CONVERT CASE FROM CHAPTER 11 TO CHAPTER 7

    286 Whalley Avenue Corp. (the "Debtor") herein objects to the Motion to Dismiss Case for Inability to Reorganize and Continuing Loss Filed or in The Alternative Motion to Convert Case from Chapter 11 to Chapter 7.  The Debtor disputes that any cause exists for the dismissal of his case.  The Debtor has filed a Plan of Reorganization (the "Plan") which it intends to have confirmed shortly.  The Plan is the product of extensive negotiations with various creditor constituencies.  Unsecured creditors have unanimously consented to the Plan.  The Debtor believes its Plan is feasible, in good faith and should be confirmed.  Dismissal or any other relief is not in the best interest of the Debtor or its estate.

    For the foregoing reasons, the Debtor submits that dismissal of this case is not warranted and the Motion should be dismissed.

    Dated this 6th day of November, 2015 at Bridgeport, Connecticut.

    THE DEBTOR
    286 WHALLEY AVE.CORP.
    d/b/a SPEEDY WASH & WAX

    By  / s / Matthew K. Beatman
     Matthew K. Beatman (ct08923)
     Zeisler & Zeisler, P.C.
    10 Middle Street, 15th floor
    Bridgeport, CT  06604
    (203) 368-4234
    Its Attorney