UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

In re:

| | | |
|---|---|---|
| 286 WHALLEY AVE.CORP. | : | CHAPTER 11 |
| | : | |
| Debtor | : | CASE NO. 14-51898 |

## ORDER APPROVING FIRST AMENDED DISCLOSURE STATEMENT AND CONFIRMING FIRST AMENDED PLAN

The Disclosure Statement and Plan under Chapter 11 of the Bankruptcy Code filed by the Debtor, 286 Whalley Avenue Corp. ( the "Debtor") having been filed on October 5, 2015 and transmitted to creditors and other parties in interest; and the Court conditionally approved the Disclosure Statement on October 7, 2015 and scheduled a confirmation hearing on November 10, 2015 and whereas the Debtor filed a First Amended Disclosure Statement and First Amended Plan under Chapter 11 of the Bankruptcy Code to resolve objections by the certain parties in interests and to correct a scrivener's error in class 3 (to change the reference of "unsecured claim in class 5" to "unsecured claim in class 4" as class 4 was the class of unsecured claims and class 5 was equity interests and

It having been determined after hearing on notice that the requirements for approval of the First Amended Disclosure Statement were met and the requirements for confirmation set forth in 11 U.S.C. §1129(a) and (b) have been satisfied;

IT IS HEREBY ORDERED that:

The First Amended Disclosure Statement filed by the Debtor is hereby approved and

The First Amended Plan filed by the Debtor is CONFIRMED; and it is further

ORDERED that the Debtor is directed to file a Final Report with an Application for Final Decree no later than April 29, 2016 unless that time is extended by this Court; and it is further

ORDERED that this order is effective as of November 10, 2015.

Dated: November 23, 2015                                     By the court

Alan H. W. Shiff
United States Bankruptcy Judge