B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re _286 Whally Ave Corp_
_____Debtor_____

Case No. _14-51898_

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: _OCT 2015_

Date filed: _12-16-2014_

Line of Business: _CAR WASH_

NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

_Dominick Magwolla_
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

|   | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?   ☐   ☑

15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?   ☐   ☑

16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?   ☐   ☑

17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?   ☐   ☑

18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?   ☐   ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME  $ 40,999.02

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month   $ 3040.50

Cash on Hand at End of Month   $ 3009.94

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   **TOTAL**   $ 3009.94

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES  $ 43755.06

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $ 40,999.02

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $ 43,755.06

*(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH**   $ < 2756.04 >

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $  *6096.43*

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $  *0*

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  *9*

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  *9*

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $  *0*

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $  *0*

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $  *0*

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $  *0*

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|              | Projected | Actual | Difference |
|--------------|-----------|--------|------------|
| INCOME       | $         | $      | $          |
| EXPENSES     | $         | $      | $          |
| CASH PROFIT  | $         | $      | $          |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:            $

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:          $

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:       $



## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.

# Citizens Bank

**1-800-862-6200**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

US259  BR210                    40    1

**286 WHALLEY AVE CORP**
**SPEEDY WAX & WASH**
**DIP CHAPTER 11 BK CASE 14-51898**
**286 WHALLEY AVE**
**NEW HAVEN CT  06511-3206**

**Commercial Account Statement**

 **1** OF **4**

Beginning October 01, 2015
through October 31, 2015

---

## Commercial Checking

**SUMMARY**

**Balance Calculation**

| | |
|---|---|
| Previous Balance | 2,090.50 |
| Checks | 38,260.79 - |
| Debits | 5,494.27 - |
| Deposits & Credits | 38,923.07 + |
| **Current Balance** | **-2,741.49 =** |

286 WHALLEY AVE CORP
SPEEDY WAX & WASH
DIP CHAPTER 11 BK CASE 14-5189
**Business Green Checking**
-190-2

You can waive the monthly maintenance fee of $9.99 by maintaining an average daily balance in
your account of $2,000 or by making 5 qualifying transactions that post to your account during
the statement period.
    Your average daily balance used to qualify this statement period is:            -$2,395
    Your number of qualifying transactions this statement period is:                70
Your next statement period will end on November 30, 2015.

Previous Balance

2,090.50

**TRANSACTION DETAILS**

**Checks** * There is a break in check sequence

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 316 | 9.85 | 10/19 | 375 | 91.47 | 10/14 |
| 318* | 444.54 | 10/21 | 375* | 91.47 | 10/19 |
| 320* | 171.96 | 10/21 | 376 | 154.66 | 10/21 |
| 321 | 318.95 | 10/21 | 377 | 126.78 | 10/21 |
| 323* | 74.37 | 10/21 | 378 | 310.76 | 10/26 |
| 324 | 208.78 | 10/21 | 379 | 421.47 | 10/26 |
| 325 | 181.03 | 10/21 | 380 | 129.79 | 10/21 |
| 356* | 75.82 | 10/21 | 381 | 99.56 | 10/21 |
| 357 | 356.67 | 10/22 | 382 | 459.96 | 10/16 |
| 358 | 303.99 | 10/21 | 383 | 219.80 | 10/21 |
| 359* | 269.21 | 10/13 | 1296* | 1,736.04 | 10/01 |
| 359* | 269.21 | 10/22 | 1297 | 6,285.71 | 10/01 |
| 360 | 501.44 | 10/21 | 1297* | 6,285.71 | 10/05 |
| 364* | 78.01 | 10/21 | 1298 | 400.00 | 10/07 |
| 365 | 383.16 | 10/21 | 1298* | 400.00 | 10/08 |
| 366 | 230.68 | 10/06 | 1299 | 1,200.00 | 10/07 |
| 366* | 230.68 | 10/19 | 1303* | 6,285.71 | 10/26 |
| 367 | 412.08 | 10/06 | 1304 | 660.45 | 10/01 |
| 368 | 90.30 | 10/07 | 1305 | 645.96 | 10/01 |
| 368* | 90.30 | 10/13 | 1306 | 1,736.04 | 10/26 |
| 369 | 443.27 | 10/05 | 1307 | 2,500.00 | 10/21 |
| 370 | 159.58 | 10/21 | 1308 | 757.21 | 10/22 |
| 371 | 305.17 | 10/21 | 1310* | 262.01 | 10/23 |
| 372 | 243.42 | 10/21 | 1311 | 179.95 | 10/23 |
| 373* | 62.22 | 10/14 | 1312 | 190.47 | 10/23 |
| 373* | 62.22 | 10/26 | 1314* | 450.00 | 10/26 |
| 374 | 202.90 | 10/23 | | | |

Member FDIC   Equal Housing Lender

# ❋❋ Citizens Bank

**1-800-862-6200**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

**Commercial Account
Statement**

 **2** OF **4**

Beginning October 01, 2015
through October 31, 2015

---

Commercial Checking continued from previous page

286 WHALLEY AVE CORP
SPEEDY WAX & WASH
DIP CHAPTER 11 BK CASE 14-5189
**Business Green Checking**
-190-2

⊖                                    **Total Checks**

                                      38,260.79

## Debits
### ATM/Purchases

| Date | Amount | Description |
|------|--------|-------------|
| 10/23 | 29.95 | 6690 POS Debit - Lk4710 Svcrt.Com 85559303888-840- 61 NV |
| 10/23 | 82.66 | 6690 POS Debit - 246442 Samsclub #6442 Orange CT |
| 10/26 | 239.29 | 6690 Dbt Purchase - 022328 Ww Grainger 877-202259 4 PA |

### Other Debits

| Date | Amount | Description |
|------|--------|-------------|
| 10/01 | 70.00 | Stop/Hold Fee (2) |
| 10/02 | 39.00 | Returned Item Fee ( 1 At $39 ) |
| 10/02 | 78.00 | Overdraft Fee ( 2 At $39 Each ) |
| 10/05 | 120.08 | Worldpay Mthly Chgs 100515 Lk369405 100215 |
| 10/06 | 6.99 | Service Charge |
| 10/06 | 39.00 | Sustained Overdraft Fee ( 1 At $39 ) |
| 10/07 | 619.18 | Paychex Tps Taxes 100115 62791700026173x |
| 10/07 | 143.31 | Payx-Pia-Wc Wc-Premium 151007 0000024006656 |
| 10/07 | 71.65 | Paychex Eib Invoice 151007 X62796100012112 |
| 10/07 | 6.99 | Service Charge |
| 10/07 | 78.00 | Sustained Overdraft Fee Returned Item Fee ( 2 At $39 Each ) |
| 10/08 | 6.99 | Service Charge |
| 10/08 | 234.00 | Sustained Overdraft Fee Returned Item Fee ( 6 At $39 Each ) |
| 10/09 | 6.99 | Service Charge |
| 10/09 | 39.00 | Sustained Overdraft Fee Returned Item Fee ( 1 At $39 ) |
| 10/13 | 619.18 | Paychex Tps Retry Pymt 100915 62901500003101x |
| 10/13 | 71.65 | Paychex Eib Retry Pymt 151013 X62903900000218 |
| 10/13 | 6.99 | Service Charge |
| 10/14 | 368.00 | Sustained Overdraft Fee Paychex Tps Taxes 100715 62867200026212x |
| 10/14 | 95.16 | Payx-Pia-Wc Wc-Premium 151014 0000024042162 |
| 10/14 | 63.82 | Paychex Eib Invoice 151014 X62872000022635 |
| 10/14 | 6.99 | Service Charge |
| 10/14 | 156.00 | Sustained Overdraft Fee Returned Item Fee ( 4 At $39 Each ) |
| 10/15 | 6.99 | Service Charge |
| 10/15 | 195.00 | Sustained Overdraft Fee Returned Item Fee ( 5 At $39 Each ) |
| 10/16 | 6.99 | Service Charge |
| 10/19 | 63.82 | Sustained Overdraft Fee Paychex Eib Retry Pymt 151019 X62988600000275 |
| 10/19 | 6.99 | Service Charge |
| 10/19 | 39.00 | Sustained Overdraft Fee Returned Item Fee ( 1 At $39 ) |
| 10/20 | 519.55 | Paychex Eib Invoice 151020 X62978000002747 |
| 10/20 | 133.91 | Payx-Pia-Wc Wc-Premium 151020 0000024096581 |
| 10/20 | 6.99 | Service Charge |
| 10/20 | 39.00 | Sustained Overdraft Fee Overdraft Fee ( 1 At $39 ) |
| 10/20 | 78.00 | Returned Item Fee ( 2 At $39 Each ) |
| 10/21 | 616.73 | Paychex Tps Taxes 102015 63028100001904x |
| 10/21 | 368.00 | Paychex Tps Retry Pymt 102015 63028100002516x |

Member FDIC ⌂ Equal Housing Lender

# ❈ Citizens Bank

**1-800-862-6200**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

**Commercial Account Statement**

 **3** OF 4

Beginning October 01, 2015
through October 31, 2015

---

Commercial Checking continued from previous page

## Other Debits (continued)

| Date | Amount | Description |
|------|--------|-------------|
| 10/23 | 39.00 | Overdraft Fee ( 1 At $39 ) |
| 10/27 | 39.00 | Overdraft Fee ( 1 At $39 ) |
| 10/29 | 6.99 | Service Charge Sustained Overdraft Fee |
| 10/30 | 3.00 | Service Charge Statement Delivery With Check Images |
| 10/30 | 6.99 | Service Charge Sustained Overdraft Fee |
| 10/30 | 19.45 | Service Charge Cash Dep/Currency Orders   $12,780- $5,000 Free   $19.45 |

286 WHALLEY AVE CORP
SPEEDY WAX & WASH
DIP CHAPTER 11 BK CASE 14-5189
**Business Green Checking**
-190-2

⊖

**Total Debits**
5,494.27

## Deposits & Credits

| Date | Amount | Description |
|------|--------|-------------|
| 10/02 | 20.97 | Worldpay Bnkcrd Dep 100215 Lk369405 001384 |
| 10/02 | 6,285.71 | Return Item |
| 10/05 | 1,770.00 | Deposit |
| 10/05 | 318.87 | Worldpay Bnkcrd Dep 100515 Lk369405 004385 |
| 10/06 | 900.00 | Deposit |
| 10/06 | 650.00 | 6690 ATM Deposit - Cn2012 Citizens Orange, Orange CT |
| 10/06 | 147.27 | Worldpay Bnkcrd Dep 100615 Lk369405 005386 |
| 10/06 | 100.00 | Deposit |
| 10/07 | 223.17 | Worldpay Bnkcrd Dep 100715 Lk369405 006387 |
| 10/07 | 412.08 | Return Item |
| 10/07 | 230.68 | Return Item |
| 10/08 | 350.00 | Deposit |
| 10/08 | 348.61 | Worldpay Bnkcrd Dep 100815 Lk369405 007388 |
| 10/08 | 1,200.00 | Return Item |
| 10/08 | 400.00 | Return Item |
| 10/08 | 90.30 | Return Item |
| 10/08 | 619.18 | Paychex Tps Taxes 100115 62791700026173x |
| 10/08 | 143.31 | Payx-Pia-Wc Wc-Premium 151007 0000024006656 |
| 10/08 | 71.65 | Paychex Eib Invoice 151007 X62796100012112 |
| 10/09 | 424.47 | Worldpay Bnkcrd Dep 100915 Lk369405 008389 |
| 10/09 | 400.00 | Return Item |
| 10/13 | 503.06 | Worldpay Bnkcrd Dep 101315 Lk369405 010391 |
| 10/13 | 259.55 | Worldpay Bnkcrd Dep 101315 Lk369405 011392 |
| 10/13 | 258.41 | Worldpay Bnkcrd Dep 101315 Lk369405 012393 |
| 10/13 | 176.06 | Worldpay Bnkcrd Dep 101315 Lk369405 009390 |
| 10/14 | 157.91 | Worldpay Bnkcrd Dep 101415 Lk369405 013394 |
| 10/14 | 269.21 | Return Item |
| 10/14 | 90.30 | Return Item |
| 10/14 | 619.18 | Paychex Tps Retry Pymt 100915 62901500003101x |
| 10/14 | 71.65 | Paychex Eib Retry Pymt 151013 X62903900000218 |
| 10/15 | 91.47 | Return Item |
| 10/15 | 62.22 | Return Item |
| 10/15 | 368.00 | Paychex Tps Taxes 100715 62867200026212x |
| 10/15 | 95.16 | Payx-Pia-Wc Wc-Premium 151014 0000024042162 |
| 10/15 | 63.82 | Paychex Eib Invoice 151014 X62872000022635 |
| 10/16 | 731.73 | Worldpay Bnkcrd Dep 101615 Lk369405 014395 |
| 10/19 | 558.75 | Worldpay Bnkcrd Dep 101915 Lk369405 017397 |
| 10/19 | 500.00 | 6690 ATM Deposit - Cn2012 Citizens Orange, Orange CT |
| 10/19 | 420.17 | Worldpay Bnkcrd Dep 101915 Lk369405 016396 |
| 10/19 | 239.54 | Worldpay Bnkcrd Dep 101915 Lk369405 018398 |
| 10/19 | 459.96 | Return Item |
| 10/20 | 600.00 | Deposit |
| 10/20 | 215.80 | Worldpay Bnkcrd Dep 102015 Lk369405 019399 |
| 10/20 | 100.00 | Deposit |
| 10/20 | 91.47 | Return Item |
| 10/20 | 63.82 | Paychex Eib Retry Pymt 151019 X62988600000275 |
| 10/21 | 2,100.00 | Deposit |
| 10/21 | 1,331.47 | Deposit |
| 10/21 | 1,011.88 | Deposit |
| 10/21 | 1,006.06 | Deposit |
| 10/21 | 693.80 | Deposit |
| 10/21 | 600.00 | Deposit |
| 10/21 | 271.76 | Worldpay Bnkcrd Dep 102115 Lk369405 020400 |
| 10/21 | 250.00 | Deposit |
| 10/21 | 219.80 | Deposit |
| 10/21 | 78.01 | Deposit |
| 10/22 | 957.00 | Deposit |

# Citizens Bank

**1-800-862-6200**

Call Citizens' PhoneBank anytime for account information, current rates and answers to your questions.

**Commercial Account Statement**

 **4** OF 4

Beginning October 01, 2015
through October 31, 2015

---

*Commercial Checking continued from previous page*

## Deposits & Credits (continued)

| Date | Amount | Description |
|------|--------|-------------|
| 10/22 | 367.89 | Worldpay Bnkcrd Dep 102215 Lk369405 021401 |
| 10/22 | 25.00 | Deposit |
| 10/23 | 600.00 | Deposit |
| 10/23 | 425.07 | Worldpay Bnkcrd Dep 102315 Lk369405 022402 |
| 10/23 | 400.00 | Deposit |
| 10/23 | 202.90 | Deposit |
| 10/23 | 200.00 | Deposit |
| 10/23 | 72.00 | Deposit |
| 10/26 | 1,615.00 | Deposit |
| 10/26 | 640.00 | Deposit |
| 10/26 | 632.65 | Worldpay Bnkcrd Dep 102615 Lk369405 023403 |
| 10/26 | 483.76 | Worldpay Bnkcrd Dep 102615 Lk369405 024404 |
| 10/26 | 350.00 | Deposit |
| 10/26 | 310.76 | Deposit |
| 10/26 | 70.95 | Worldpay Bnkcrd Dep 102615 Lk369405 025405 |
| 10/27 | 500.00 | Deposit |
| 10/27 | 432.00 | Deposit |
| 10/27 | 244.68 | Worldpay Bnkcrd Dep 102715 Lk369405 026406 |
| 10/27 | 220.00 | Deposit |
| 10/28 | 176.56 | Worldpay Bnkcrd Dep 102815 Lk369405 027407 |
| 10/29 | 28.60 | Worldpay Bnkcrd Dep 102915 Lk369405 028408 |
| 10/30 | 231.96 | Worldpay Bnkcrd Dep 103015 Lk369405 029409 |

286 WHALLEY AVE CORP
SPEEDY WAX & WASH
DIP CHAPTER 11 BK CASE 14-5189
**Business Green Checking**
-190-2

⊕ **Total Deposits & Credits**
38,923.07

⊜ **Current Balance**
-2,741.49

## Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/01 | -7,307.66 | 10/13 | -3,012.86 | 10/22 | -10.52 |
| 10/02 | -1,117.98 | 10/14 | -2,648.27 | 10/23 | 902.51 |
| 10/05 | -5,878.17 | 10/15 | -2,169.59 | 10/26 | -4,499.86 |
| 10/06 | -4,769.65 | 10/16 | -1,904.81 | 10/27 | -3,142.18 |
| 10/07 | -6,513.15 | 10/19 | -168.20 | 10/28 | -2,965.62 |
| 10/08 | -3,931.09 | 10/20 | 125.44 | 10/29 | -2,944.01 |
| 10/09 | -3,152.61 | 10/21 | 22.68 | 10/30 | -2,741.49 |

Member FDIC   Equal Housing Lender

## Checking Account Balance Worksheet

Before completing this worksheet, please be sure
to adjust your checkbook register balance by
- Adding any interest earned
- Subtracting any fees or other charges

**1** Your current balance on this statement

$ _____
Current Balance

**2** List deposits which do not appear on
this statement

| Date | Amount | Date | Amount |
|------|--------|------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

+ $ _____
Total of 2

**3** Subtotal by adding 1 and 2

= $ _____
Subtotal of 1 and 2

**4** List outstanding checks, transfers, debits,
POS purchases or withdrawals that do not
appear on this statement

| Date/<br>Check No. | Amount | Date/<br>Check No. | Amount |
|--------------------|--------|--------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

− $ _____
Total of 4

**5** Subtract 4 from 3. This should match your
checkbook register balance

= $ _____
Total

---

**CUSTOMER SERVICE**

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

*Citizens Bank*
*Customer Service Center*
*P.O. Box 42001*
*Providence, RI 02940-2001*

**Deposit Accounts are Non-Transferable**
Personal deposits accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

**Loan Statements**

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions about Your Bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write to us at the address shown above as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error.
  If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Special Rule for Credit Card Purchases**
If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods and services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

**ELECTRONIC TRANSFERS**

**In Case of Errors or Questions About Your Electronic Transfers**
(For Consumer Accounts Used Primarily For Personal, Family or Household Purposes)
Telephone us at the customer service number provided on Page 1 of this statement or write to us at the customer service address provided above as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number, if any.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error and, if possible, the date it appeared on your statement or receipt.
- It will be helpful to us if you also give us a telephone number at which you can be reached in case we need any further information.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

[For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.]

**FINANCE CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD**

*Calculating your Finance Charge*
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

*Calculating your Average Daily Balance*
To get the average daily balance, we take the beginning balance of your account each day (which does not include any unpaid finance charges or fees), add any new Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits. This gives us the daily balance. Then we add all the daily balances for the billing cycle together and divide the total by the number of days in the billing cycle. This gives us the average daily balance of your account.

**Negative Information**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Change of Address**
Please call the number shown on the front of your statement to notify us of a change of address.

*Thank you for banking with Citizens Bank.*

Citizens Bank is a division of Citizens Bank, N.A.
Citizens Bank of Pennsylvania is a separate bank and not part of Citizens Bank, N.A.
CS*CPOT2015L_470556  Rev. 4/27/15

**CLOSE**   55 images on 6 pages

Page: [1] [2] [3] [4] [5] [...]   **PRINT**



















B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

In re _286 Whalley Ave Corp_,          Case No. _14- 51898_
_____Debtor_____

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: _Nov- 2015_          Date filed: _12-16-2014_

Line of Business: _____          NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

_Dominick Magnotta_
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☑ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☑ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☑ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☑ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☐ | ☑ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☑ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☑ |

B 25C (Official Form 25C) (12/08)

14.   HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH?   ☐   ☑

15.   DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH?   ☐   ☑

16.   HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH?   ☐   ☑

17.   HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH?   ☐   ☑

18.   HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY?   ☐   ☑

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?   ☐   ☑

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME   $ 35,673.42

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month   $ 3009.94
Cash on Hand at End of Month   $ 774.29

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU   TOTAL   $ 774.29

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES   $ 43,956.69

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $ 35,673.42
EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $ 43,956.69

*(Subtract Line C from Line B)*   CASH PROFIT FOR THE MONTH   $ <8282.87>

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL PAYABLES  $  3892.64

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL RECEIVABLES  $  0

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?  9

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?  9

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $  0

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $  0

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?  $  0

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?  $  0

Page 4

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180
DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|  | Projected | Actual | Difference |
|---|---|---|---|
| INCOME | $ | $ | $ |
| EXPENSES | $ | $ | $ |
| CASH PROFIT | $ | $ | $ |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:              $

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:            $

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:         $



## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET
WHICH YOU PREPARE INTERNALLY.

# Citizens Bank

**1-800-862-6200**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

 OF 4

Beginning November 01, 2015
through November 30, 2015

US259  BR210                        1

**286 WHALLEY AVE CORP**
**SPEEDY WAX & WASH**
**DIP CHAPTER 11 BK CASE 14-51898**
**286 WHALLEY AVE**
**NEW HAVEN CT  06511-3206**

---

## Commercial Checking

**SUMMARY**

286 WHALLEY AVE CORP
SPEEDY WAX & WASH
DIP CHAPTER 11 BK CASE 14-5189
**Business Green Checking**
190-2

**Balance Calculation**

| | |
|---|---|
| Previous Balance | -2,741.49 |
| Checks | 29,507.47 - |
| Debits | 14,449.22 - |
| Deposits & Credits | 44,973.89 + |
| **Current Balance** | -1,724.29 = |

You can waive the monthly maintenance fee of $9.99 by maintaining an average daily balance in
your account of $2,000 or by making 5 qualifying transactions that post to your account during
the statement period.
   Your average daily balance used to qualify this statement period is:          - $2,330
   Your number of qualifying transactions this statement period is:               62
Your next statement period will end on December 31, 2015.

Previous Balance

-2,741.49

**TRANSACTION DETAILS**

**Checks*** There is a break in check sequence

| Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|
| 386 | 199.61 | 11/10 | 408 | 402.07 | 11/16 |
| 386* | 199.61 | 11/19 | 409 | 253.43 | 11/16 |
| 388* | 244.56 | 11/03 | 412* | 106.02 | 11/27 |
| 391* | 99.71 | 11/16 | 415* | 92.82 | 11/24 |
| 391* | 99.71 | 11/24 | 416 | 288.52 | 11/23 |
| 394* | 413.33 | 11/02 | 424* | 492.92 | 11/30 |
| 395 | 113.66 | 11/03 | 1316* | 1,625.00 | 11/03 |
| 398* | 126.93 | 11/16 | 1317 | 645.96 | 11/03 |
| 398* | 126.93 | 11/24 | 1318 | 660.45 | 11/03 |
| 399 | 90.50 | 11/10 | 1319 | 6,246.25 | 11/10 |
| 399* | 90.50 | 11/16 | 1319* | 6,246.25 | 11/13 |
| 400 | 451.96 | 11/09 | 1320 | 1,736.04 | 11/10 |
| 401 | 285.71 | 11/09 | 1322* | 179.73 | 11/24 |
| 404* | 99.12 | 11/20 | 1323 | 4,900.00 | 11/19 |
| 404* | 99.12 | 11/30 | 1325* | 1,346.25 | 11/20 |
| 405 | 108.45 | 11/16 | 1325* | 1,346.25 | 11/23 |
| 407* | 91.10 | 11/16 | | | |

Total Checks

29,507.47

**Debits**

**ATM Purchases**

| Date | Amount | Description |
|---|---|---|
| 11/05 | 200.00 | 6690 Dbt Purchase - 260011 Gwpm Llc 860-747-13 35 CT |
| 11/06 | 200.00 | 6690 Dbt Purchase - 290011 Gwpm Llc 860-747-13 35 CT |
| 11/10 | 369.55 | 6690 Dbt Purchase - 227744 Simoniz USA Inc 860-646017 2 CT |
| 11/30 | 29.95 | 6690 POS Debit - Lk4710 Svcrt. Com 85559303888-840- 61 NV |

 **Citizens Bank**

**1-800-862-6200**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.


Commercial Checking continued from previous page

## Other Debits

286 WHALLEY AVE CORP
SPEEDY WAX & WASH
DI P CHAPTER 11 BK CASE 14-5189

**Business Green Checking**

· 190-2

| Date | Amount | Description |
|------|--------|-------------|
| 11/02 | 6.99 | Service Charge<br>Sustained Overdraft Fee |
| 11/03 | 10.00 | Withdrawal |
| 11/03 | 701.99 | Paychex Tps Taxes 103015 63171900005733x |
| 11/03 | 698.20 | Paychex Eib Invoice 151103 X63179700001658 |
| 11/03 | 143.87 | Payx-Fla-Vc-Wc-Premium 151103 0000024198004 |
| 11/03 | 123.75 | Worldpay Mthly Chgs 110315 Lk369405 110215 |
| 11/03 | 39.00 | Overdraft Fee<br>( 1 At $39) |
| 11/04 | 234.00 | Overdraft Fee<br>( 6 At $39 Each ) |
| 11/06 | 699.63 | Paychex Tps Taxes 103015 63171900007472x |
| 11/06 | 140.20 | Payx-Fla-Vc-Wc-Premium 151106 0000024198005 |
| 11/06 | 63.76 | Paychex Eib Invoice 151106 X63179700001456 |
| 11/06 | 6.99 | Service Charge<br>Sustained Overdraft Fee |
| 11/09 | 6.99 | Service Charge<br>Sustained Overdraft Fee |
| 11/09 | 156.00 | Overdraft Fee<br>( 4 At $39 Each ) |
| 11/10 | 824.44 | Paychex Tps Taxes 110415 63230300028060x |
| 11/10 | 158.16 | Payx-Fla-Vc-Wc-Premium 151110 0000024222463 |
| 11/10 | 6.99 | Service Charge<br>Sustained Overdraft Fee |
| 11/10 | 78.00 | Overdraft Fee<br>( 2 At $39 Each ) |
| 11/12 | 6.99 | Service Charge<br>Sustained Overdraft Fee |
| 11/12 | 39.00 | Overdraft Fee<br>( 1 At $39) |
| 11/12 | 195.00 | Returned Item Fee<br>( 5 At $39 Each ) |
| 11/13 | 6.99 | Service Charge<br>Sustained Overdraft Fee |
| 11/16 | 824.44 | Paychex Tps Retry Pymt 111315 63385400001527x |
| 11/16 | 253.72 | Achlvr Visb Bill Pymnt 151114 3574970 |
| 11/16 | 158.16 | Payx-Fla-Vc-Wc-Premium 151116 0000024289230 |
| 11/16 | 6.99 | Service Charge<br>Sustained Overdraft Fee |
| 11/16 | 39.00 | Returned Item Fee<br>( 1 At $39) |
| 11/17 | 771.20 | Paychex Tps Taxes 111115 63345200050815x |
| 11/17 | 165.07 | Payx-Fla-Vc-Wc-Premium 151117 0000024268787 |
| 11/17 | 6.99 | Service Charge<br>Sustained Overdraft Fee |
| 11/17 | 39.00 | Overdraft Fee<br>( 1 At $39) |
| 11/17 | 351.00 | Returned Item Fee<br>( 9 At $39 Each ) |
| 11/18 | 384.97 | Achlvr Visb Bill Pymnt 151117 9956474 |
| 11/18 | 6.99 | Service Charge<br>Sustained Overdraft Fee |
| 11/18 | 78.00 | Returned Item Fee<br>( 2 At $39 Each ) |
| 11/19 | 6.99 | Service Charge<br>Sustained Overdraft Fee |
| 11/19 | 39.00 | Returned Item Fee<br>( 1 At $39) |
| 11/20 | 1,400.00 | Harleysville - CBill Pay 151119 16771267721 |
| 11/20 | 771.20 | Paychex Tps Retry Pymt 111915 63454800007241x |
| 11/23 | 156.00 | Returned Item Fee<br>( 4 At $39 Each ) |
| 11/24 | 525.35 | Paychex Tps Taxes 111915 63454800008689x |
| 11/24 | 173.57 | Paychex Eib Invoice 151124 X63466900021336 |
| 11/24 | 124.69 | Payx-Fla-Vc-Wc-Premium 151124 0000024323971 |
| 11/25 | 1,400.00 | Harleysville - CRetry Pymt 151124 16771267721 |
| 11/25 | 273.00 | Overdraft Fee<br>( 7 At $39 Each ) |
| 11/27 | 39.00 | Returned Item Fee<br>( 1 At $39) |
| 11/30 | 714.07 | Paychex Tps Taxes 112315 63498400038750x |
| 11/30 | 375.81 | Achlvr Visb Bill Pymnt 151129 7967878 |
| 11/30 | 151.89 | Payx-Fla-Vc-Wc-Premium 151130 0000024348562 |
| 11/30 | 3.00 | Statement Delivery With Check Images |
| 11/30 | 6.99 | Service Charge<br>Sustained Overdraft Fee |
| 11/30 | 17.69 | Service Charge |

Member FDIC    Equal Housing Lender

 **Citizens Bank**

**1-800-862-6200**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

 **3** OF 4

Beginning November 01, 2015
through November 30, 2015

Commercial Checking continued from previous page

## Other Debits ( continued )

| Date | Amount | Description | | |
|------|--------|-------------|---|---|
| | | Cash Dep/ Currency Orders | $12,077 - $5,000 Free | $17.69 |
| 11/30 | 39.00 | Overdraft Fee ( 1 At $39 ) | | |

286 WHALLEY AVE CORP
SPEEDY WAX & WASH
DIP CHAPTER 11 BK CASE 14-5189
**Business Green Checking**
190-2

Total Debits

14,449.22

## Deposits & Credits

| Date | Amount | Description |
|------|--------|-------------|
| 11/02 | 2,000.00 | Deposit |
| 11/02 | 515.00 | Deposit |
| 11/02 | 485.00 | Deposit |
| 11/02 | 454.97 | Worldpay Bnkcrd Dep 110215 Lk369405 030410 |
| 11/02 | 451.46 | Worldpay Bnkcrd Dep 110215 Lk369405 031411 |
| 11/02 | 400.00 | Deposit |
| 11/02 | 380.00 | Deposit |
| 11/02 | 115.00 | Deposit |
| 11/02 | 100.00 | Deposit |
| 11/02 | 82.46 | Worldpay Bnkcrd Dep 110215 Lk369405 101412 |
| 11/02 | 40.00 | Deposit |
| 11/03 | 1,000.00 | Deposit |
| 11/03 | 570.00 | Deposit |
| 11/03 | 119.37 | Worldpay Bnkcrd Dep 110315 Lk369405 102413 |
| 11/04 | 980.00 | 6690 ATM Deposit - Ch2012 Citizens Orange, Orange CT |
| 11/04 | 50.00 | 6690 ATM Deposit - Ch2012 Citizens Orange, Orange CT |
| 11/04 | 50.00 | 6690 ATM Deposit - Ch2012 Citizens Orange, Orange CT |
| 11/04 | 50.00 | 6690 ATM Deposit - Ch2012 Citizens Orange, Orange CT |
| 11/05 | 562.74 | Worldpay Bnkcrd Dep 110515 Lk369405 103414 |
| 11/06 | 80.61 | Worldpay Bnkcrd Dep 110615 Lk369405 105415 |
| 11/09 | 473.23 | Worldpay Bnkcrd Dep 110915 Lk369405 107417 |
| 11/09 | 450.00 | Deposit |
| 11/09 | 421.42 | Worldpay Bnkcrd Dep 110915 Lk369405 108418 |
| 11/09 | 250.00 | Deposit |
| 11/09 | 203.33 | Worldpay Bnkcrd Dep 110915 Lk369405 106416 |
| 11/10 | 1,085.00 | Deposit |
| 11/10 | 641.00 | Deposit |
| 11/10 | 174.70 | Worldpay Bnkcrd Dep 111015 Lk369405 109419 |
| 11/12 | 6,246.25 | Return Item |
| 11/12 | 199.61 | Return Item |
| 11/12 | 90.50 | Return Item |
| 11/12 | 824.44 | Paychex Tps Taxes 110415 63230300028060x |
| 11/12 | 158.16 | Payx-Fla-Wc Wc-Premium 151110 0000024222463 |
| 11/16 | 657.36 | Worldpay Bnkcrd Dep 111615 Lk369405 113420 |
| 11/16 | 570.39 | Worldpay Bnkcrd Dep 111615 Lk369405 114421 |
| 11/16 | 287.22 | Worldpay Bnkcrd Dep 111615 Lk369405 115422 |
| 11/16 | 6,246.25 | Return Item |
| 11/17 | 248.21 | Worldpay Bnkcrd Dep 111715 Lk369405 116423 |
| 11/17 | 402.07 | Return Item |
| 11/17 | 253.43 | Return Item |
| 11/17 | 126.93 | Return Item |
| 11/17 | 108.45 | Return Item |
| 11/17 | 99.71 | Return Item |
| 11/17 | 91.10 | Return Item |
| 11/17 | 90.50 | Return Item |
| 11/17 | 253.72 | Achirv Visb Bill Pymnt 151114 3574970 |
| 11/17 | 158.16 | Payx-Fla-Wc Wc-Premium 151116 0000024289230 |
| 11/18 | 197.79 | Worldpay Bnkcrd Dep 111815 Lk369405 117424 |
| 11/18 | 771.20 | Paychex Tps Taxes 111115 63345200050815x |
| 11/18 | 165.07 | Payx-Fla-Wc Wc-Premium 151117 0000024268787 |
| 11/19 | 1,361.00 | Deposit |
| 11/19 | 1,305.00 | Deposit |
| 11/19 | 825.00 | Deposit |
| 11/19 | 710.00 | Deposit |
| 11/19 | 625.00 | Deposit |
| 11/19 | 275.00 | Deposit |
| 11/19 | 222.31 | Worldpay Bnkcrd Dep 111915 Lk369405 118425 |
| 11/19 | 95.00 | Deposit |
| 11/19 | 384.97 | Achirv Visb Bill Pymnt 151117 9956474 |
| 11/20 | 6.54 | Worldpay Bnkcrd Dep 112015 Lk369405 119426 |
| 11/23 | 850.00 | Deposit |
| 11/23 | 447.98 | Worldpay Bnkcrd Dep 112315 Lk369405 121428 |

 **Citizens Bank**

Commercial Account
Statement

**1-800-862-6200**

Call Citizens' PhoneBank anytime for account information,
current rates and answers to your questions.

 4 OF 4

Beginning November 01, 2015
through November 30, 2015

Commercial Checking continued from previous page

## Deposits & Credits (continued)

| Date | Amount | Description |
|------|--------|-------------|
| 11/23 | 374.14 | Worldpay Bnkcrd Dep 112315 Lk369405 120427 |
| 11/23 | 146.28 | Worldpay Bnkcrd Dep 112315 Lk369405 122429 |
| 11/23 | 1,346.25 | Return Item |
| 11/23 | 99.12 | Return Item |
| 11/23 | 1,400.00 | Harleysville - CBill Pay 151119 16771267721 |
| 11/23 | 771.20 | Paychex Tps Retry Pymt 111915 63454800007241x |
| 11/25 | 408.98 | Worldpay Bnkcrd Dep 112515 Lk369405 123430 |
| 11/27 | 398.53 | Worldpay Bnkcrd Dep 112715 Lk369405 125431 |
| 11/27 | 282.79 | Worldpay Bnkcrd Dep 112715 Lk369405 126432 |
| 11/27 | 1,400.00 | Harleysville - CRetry Pymt 151124 16771267721 |
| 11/30 | 426.11 | Worldpay Bnkcrd Dep 113015 Lk369405 127433 |
| 11/30 | 315.19 | Worldpay Bnkcrd Dep 113015 Lk369405 129435 |
| 11/30 | 65.69 | Worldpay Bnkcrd Dep 113015 Lk369405 128434 |

286 WHALLEY AVE CORP
SPEEDY WAX & WASH
DIP CHAPTER 11 BK CASE 14-5189
**Business Green Checking**
190-2

⊕ Total Deposits & Credits
44,973.89

⊜ Current Balance
-1,724.29

## Daily Balance

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/02 | 1,862.08 | 11/12 | -859.77 | 11/20 | -3,595.52 |
| 11/03 | -1,454.99 | 11/13 | -7,113.01 | 11/23 | 48.68 |
| 11/04 | -558.99 | 11/16 | -1,806.29 | 11/24 | -1,274.12 |
| 11/05 | -196.25 | 11/17 | -1,307.27 | 11/25 | -2,538.14 |
| 11/06 | -1,226.22 | 11/18 | -643.17 | 11/27 | -600.84 |
| 11/09 | -328.90 | 11/19 | 14.51 | 11/30 | -1,724.29 |
| 11/10 | -8,137.74 | | | | |

Member FDIC    Equal Housing Lender

**CUSTOMER SERVICE**

If you have any questions regarding your account or discover an error, call the number shown on the front of your statement or write to us at the following address:

Citizens Bank
Customer Service Center
P.O. Box 42001
Providence, RI 02940-2001

**Deposit Accounts Are Non-Transferable**
Personal deposits accounts, such as CD's and savings accounts, cannot be transferred to another person or to a corporate entity.

**Loan Statements**

**BILLING RIGHTS SUMMARY**

**In Case of Errors or Questions about Your Bill**
If you think your bill is wrong, or if you need more information about a transaction on your bill, write to us at the address shown above as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:

    If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**Special Rule for Credit Card Purchases**
If you have a problem with the quality of goods or services that you purchased with a credit card and you have tried in good faith to correct the problem with the merchant, you may not have to pay the remaining amount due on the goods and services. You have this protection only when the purchase price was more than $50 and the purchase was made in your home state or within 100 miles of your mailing address. (If we own or operate the merchant, or if we mailed you the advertisement for the property or services, all purchases are covered regardless of amount or location of purchase.)

**ELECTRONIC TRANSFERS**

**In Case of Errors or Questions About Your Electronic Transfers**
**(For Consumer Accounts Used Primarily For Personal, Family or Household Purposes)**
at the customer service address provided above as soon as you can, if you think your statement or receipt is wrong or if you need more information about an electronic transfer on the statement which the error or problem appeared.

    as you can why you believe it is an error or why you need more information.
    on your statement or receipt.
    reached in case we need any further information.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

[For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.]

**FINANCE CHARGE CALCULATIONS FOR OVERDRAFT LINE OF CREDIT ACCOUNTS BASED ON AVERAGE DAILY BALANCE COMPUTATION METHOD**

**Calculating your Finance Charge**
We compute your finance charge by multiplying the Average Daily Balance of your account by the Daily Periodic Rate and then multiplying the result by the number of days in the billing cycle.

**Calculating your Average Daily Balance**
(which does not include any unpaid finance charges or fees), add any new Overdraft Line of Credit transactions as of the date of those transactions, and subtract any payments or credits balance of your account.

**Negative Information**
We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Change of Address**
Please call the number shown on the front of your statement to notify us of a change of address.

Thank you for banking with Citizens Bank.

Citizens Bank is a division of Citizens Bank, N.A.
Citizens Bank of Pennsylvania is a separate bank and not part of Citizens Bank, N.A.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

In re:

| | | |
|---|---|---|
| 286 WHALLEY AVE.CORP. | : | CHAPTER 11 |
| d/b/a SPEEDY WASH & WAX | : | |
| Debtor | : | CASE NO. 14-51898 |

**CERTIFICATE OF SERVICE**

I, Matthew K. Beatman, hereby certify that on the 31st day of December, 2015, the Small Business Monthly Operating Report for the months of October and November, 2015 was filed and served via ECF or first-class, prepaid postage United States mail upon the following:

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

286 Whalley Avenue Corp  (U.S. Mail)
178 Osborne Lane, Southport, CT 06890

Dated this 31st day of December, 2015 at Bridgeport, Connecticut.

By:/s/ Matthew K. Beatman
MATTHEW K. BEATMAN (ct08923)
ZEISLER & ZEISLER, P.C.
10 Middle Street, 15th Floor
P.O. Box 1220
Bridgeport, CT  06604
(203) 368-4234
Attorneys for the Debtor