UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

In re:

| | | |
|---|---|---|
| 286 WHALLEY AVE. CORP. | : | CHAPTER 11 (AHWS) |
| D/B/A SPEEDY WASH & WAX | : | |
| Debtor | : | CASE NO. 14-51898 |

## APPLICATION FOR FINAL DECREE

1. The First Amended Plan of Reorganization (the "Plan") was confirmed by the order of this Court on November 23, 2015.

2. The Debtor has made most payments under the Plan, but there are additional payments due in the future under the Plan.

3. The Debtor has represented to its counsel that it intends to make the remaining distributions due under the confirmed plan and now seeks to close the case.

ACCORDINGLY, it is requested that the Court enter a final decree closing this case and grant such other relief as the Court deems just and proper.

Dated this 1st day of April, 2016 at Bridgeport, Connecticut.

THE DEBTOR

By:  /s/ Matthew K. Beatman
       Matthew K. Beatman (ct08923)
       ZEISLER & ZEISLER, P.C.
       10 Middle Street, 15th Floor
       Bridgeport, CT  06604
       (203) 368-4234
       Attorneys for the Debtors

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

In re:

| | | |
|---|---|---|
| 286 WHALLEY AVE. CORP. | : | CHAPTER 11 (AHWS) |
| D/B/A SPEEDY WASH & WAX | : | |
| Debtor | : | CASE NO. 14-51898 |

## FINAL DECREE

The proponents of the First Amended Plan of Reorganization, which has been confirmed by order of this Court, have moved for the entry of a final decree closing this case and for a waiver of the filing fee for a motion seeking entry of the Debtor's discharge. The Clerk of the Court advises that there are no pending motions, contested matters, or adversary proceedings. Accordingly, the Motion is granted, and it is

ORDERED that the filing fee for any subsequent motion to reopen the case to seek entry of a discharge shall be waived for the Debtors and it is hereby ordered that this Chapter 11 case be closed.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

In re:

| | | |
|---|---|---|
| 286 WHALLEY AVE. CORP. | : | CHAPTER 11 (AHWS) |
| D/B/A SPEEDY WASH & WAX | : | |
| Debtor | : | CASE NO. 14-51898 |

## NOTICE OF CONTESTED MATTER RESPONSE DEADLINE

286 Whalley Ave. Corp. d/b/a Speedy Wash & Wax (the "Movant") has filed an Application for Final Decree (the "Contested Matter") with the U.S. Bankruptcy Court. Notice is hereby given that any response to the Contested Matter must be filed with the Court no later than April 15, 2016 *. In the absence of a timely filed response, the proposed order in the Contested Matter *may* enter without further notice and hearing, *see*, 11 U.S.C. § 102(1).

Dated: April 1, 2016         By:    /s/ Matthew K. Beatman

*Pursuant to Federal Rule of Bankruptcy Procedure 9006(f), if service is made by mail, three days are added after the response date set in this notice.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

In re:

| | | |
|---|---|---|
| 286 WHALLEY AVE. CORP. | : | CHAPTER 11 (AHWS) |
| D/B/A SPEEDY WASH & WAX | : | |
| Debtor | : | CASE NO. 14-51898 |

# **CERTIFICATE OF SERVICE**

      I, Matthew K. Beatman, hereby certify that on the 1st day of April, 2016 a copy of the Application for Final Decree, Proposed Final Decree and the Notice of Contested Matter were served electronically on all appearing parties on Exhibit A via the Court's CM/ECF system and by first-class mail, postage prepaid, to all parties listed on Exhibit B attached hereto.

      Dated this 1st day of April, 2016.

      By:  /s/ Matthew K. Beatman
             Matthew K. Beatman, Esq. (ct08923)
             Zeisler & Zeisler, P. C.
             10 Middle Street, 15th floor
             Bridgeport, CT  06604
             Tel: (203) 368-4234
             Email: mbeatman@zeislaw.com

## Exhibit A

| | |
|---|---|
| Jessica Grossarth | jgrossarth@pullcom.com, rmccoy@pullcom.com |
| Lauren M. Nash | lauren.nash@usdoj.gov |
| Maria A. Santos | maria.santos@ct.gov |
| U. S. Trustee | USTPRegion02.NH.ECF@USDOJ.GOV |

Clear Channel Broadcasting
Attn: Pres, GP or Mng. Mbr.
PO Box 402541
Atlanta, GA 30384-2541

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577
ATTN: PRES, GP. OR MNG. MBR.

Dominic Magnotta
178 Osborne Road
Southport, CT 06890-1146

Frank D. Platt, PC
151 North Main Street
New City, NY 10956-3851

Fred O'Neil
c/o Freds Car Wash
3400 Post Road
Southport, CT 06890-1384

(p)FRONTIER COMMUNICATIONS
BANKRUPTCY DEPT
19 JOHN STREET
MIDDLETOWN NY 10940-4918

Gleem Industires
Attn: Pres, GP or Mng. Mbr.
656 Atkins Avenue
Brooklyn, NY 11208-5302

Hocon Industrial Gas
Attn: Pres, GP or Mng. Mbr.
86 Payne Road
Danbury, CT 06810-4108

Home Depot Credit Services
Attn: Pres, GP or Mng. Mbr.
P.O. Box 7032
Sioux Falls, SD 57117-7032

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JP Morgan Chase/Card Services
Attn: Pres, GP or Mng. Mbr.
P.O. Box 15298
Wilmington, DE 19850-5298

Latella Rubbish Removal
Attn: Pres, GP or Mng. Mbr.
PO Box 26185
West Haven, CT 06516-0961

Laurindo Pereira
54 Trailside Drive
Monroe, CT 06468-1480

Lowe's / GECRB
Attn: Pres, GP or Mang Membr
P.O. Box 530914
Atlanta, GA 30353-0914

M.D. Stetson Company, Inc.
Attn: Pres, GP or Mng. Mbr.
92 York Avenue
Randolph, MA 02368-1892

MCM
P.O. Box 60578
Los Angeles, CA 90060-0578
ATTN: PRES, GP or MNG. MBR

Marylou Sciarrino
1760 St. Pauls Drive
Clearwater, FL 33764-6462

McCarthy,Burgess, Wolff
Attn: Pres, GP or Mng. Mbr.
26000 Cannon Road
Bedford, OH 44146-1807

Michael O'Hara
43 Eagle Drive
Fairfield, CT 06825-1965

Midland Credit Mgmt Inc.
8875 Aero Drive Suite 200
San Diego, CA 92123-2255
ATTN: PRES. GP OR MNG MBR.

Mierologic Associates
Attn: Pres, GP or Mng. Mbr.
111 Canfield Ave., Unit B-9
Randolph, NJ 07869-1127

Nancy A. Magnotta
20 Osborne Lane
Southport, CT 06890

New Haven False Alarm
Reduction Program
Lockbox #2527
PO Box 8500
Philadelphia, PA 19178-8500

NorGuard Insurance Company
Angela Vitetta, Berkshire Hathway Ins. C
16 S. River Street
Wilkes Barre, PA 18702-2406

Parrett, Porto, Parese & Colwell, P.>C
2319 whitney Avenue
Hamden, CT 06518-3534
ATTN: PRES. GP or MNG. MBR.

Paychex of New York, LLC
Attn: Pres, GP or Mng. Mbr.
800 Connecticut Avenue
Suite 1 North
Norwalk, CT 06854-1631

Regional Water Authority
Attn: Pres, GP or Mng. Mbr.
90 Sargent Drive
New Haven, CT 06511-5966

Alliance Energy, LLC
800 South Street
Suite 500
Waltham, MA 02453-1483

NEBT, LLC
1735 POst Road
Fairfield, CT 06824-5700
ATTN: PRES. GP OR MNG MBR.

Securities and Exchange Commission
Northeast Regional Office
The Woolworth Building
233 Broadway
New York, NY 10279-0001

Securities and Exchange Commission
Securities and Exchange Commission
New York Regional Office
7 World Trade Center 13th Floor
New York, NY 10048

(p)CONNECTICUT DEPARTMENT OF REVENUE SERVICES
C & E DIVISION BANKRUPTCY UNIT
25 SIGOURNEY STREET
HARTFORD CT 06106-5003

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

A&L Eastern Hydraulic, Inc.
Attn: Pres, GP or Mng. Mbr.
535 Columbus Avneue
New Haven, CT 06519-1229

A.R.S. National Services
Attn: Pres, GP or Mng. Mbr.
PO Box 463023
Escondido, CA 92046-3023

ADP
Attn: Pres., GP or Mng. Mbr
PO Box 842875
Boston, MA 02284-2875

AdBook Direct, LLC
D/B/A Adbook Direct
Attn: Pres, GP or Mng. Mbr.
81 Woodland Road
Guilford, CT 06437-1509

Alert Security Systems
Attn: Pres, GP or Mng. Mbr.
308 Blake Street
New Haven, CT 06515-1232

Alliance Energy, LLC
Attn: Pres, GP or Mng. Mbr.
404 Wyman Street
Suite 425
Waltham, MA 02451-1228

Alliance Energy, LLC
CT Division
Attn: Pres, GP or Mng. Mbr.
15 North East Road
Branford, CT 06405

Capossela, Cohen, CPA
Attn: Pres, GP or Mng Mbr.
368 Center Street
Southport, CT 06890-1462

Allied Interstate LLC
Attn: Pres, GP or Mng. Mbr.
PO Box 361774
Columbus, OH 43236-1774

Andrea Bell Karp
135 Clarendon Street, Apt 7B
Boston, MA 02116-5279

Ara Mark
Attn: Pres, GP or Mng. Mbr.
2680 Palumbo Drive
Lexington, KY 40509-1234

C.A.R. Products
Attn: Pres, GP or Mng. Mbr.
630 Beaulieu Street
Holyoke, MA 01040-5439

C.B.I.A. Insurance
RMS
Attn: Pres, GP or Mng. Mbr.
77 Harhand Street, Ste 401
East Hartford, CT 06108-3253

CWPM, LLC
Attn: Pres, GP or Mng. Mbr.
PO Box 415
Plainville, CT 06062-0415

Capossela, Cohen, CPA
368 Center Street
Southport, CT 06890-1462
ATTN: PRES. GP OR MNG. MBR.

Car Coaster LLC
Average Joe Auto Care Products
Attn: Pres, GP or Mng. Mbr.
PO Box 631397
Littleton, CO 80163-1397

City of New Haven
Office Tax Collector
165 Church Street
New Haven, CT 06510-2010

S&V Screenprinting & Embrodery
Attn: Pres, GP or Mng. Mbr.
121 Vista Drive
East Haven, CT 06512-3437

Scales Industrial Technologies, Inc.
110 Voice Rod.
Carle Place, NY 11514-1516
Attn: Pres, GP or Mng. Mbr.

SignCreations
Attn: Pres, GP or Mng. Mbr
89 Arbor Drive
Southport, CT 06890-1190

Simoniz USA, Inc.
Attn: Pres, GP or Mng. Mbr.
201 Boston Turnpike
Bolton, CT 06043-7203

Sonny's Enterprises, Inc.
Attn: Pres, GP or Mng. Mbr.
5605 Hiatus Road
Tamarac, FL 33321-6408

Southern CT Gas
Attn: Pres, GP or Mng. Mbr.
PO Box 9112
Chelsea, MA 02150-9112

State of Connecticut
Department of Labor
Delinquent Accounts Unit
200 Folly Brook Blvd
Wethersfield CT 06109-1153

State of Connecticut
Department of Revenue Services
C&E Division, Bankruptcy Unit
25 Sigourney Street
Hartford, CT 06106-5032

State of Connecticut
Dept. of Labor, ESD
PO Box 2940
Hartford, CT 06104-2940

T&E Sales, Inc
PO Box 791
Edison, NJ 08818-0791
Attn: Pres, GP, or Mng. Mbr.

U. S. Trustee
Office of the U.S. Trustee
Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510-2022

United Illuminating
Attn: J. Piergrossi OP 1-C
100 Marsh Hill Rd.
Orange, CT 06477-3628

United Illuminating (UI)
Attn: Pres, GP or Mng. Mbr.
PO Box 9230
Chelsea, MA 02150-9230

United Recovery Systems LP
Attn: Pres, GP or Mang Membr
PO Box 722929
Houston, TX 77272-2929

Universal One & Only Sales
Attn: Pres, GP or Mng. Mbr.
153 Snediker Avenue
Brooklyn, NY 11207-3303

Vehicle Cleaning Supply &Equip
Attn: Pres, GP or Mng. Mbr.
109 Roses Mill Road
Milford, CT 06460-2826

Whalley Avenue Holdings, LLC
c/o George Vogel
Vogel & Co.
685 Post Road
Darien, CT 06820-4738